IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Petitioner,                         No. CIV S-07-0036 DFL GGH P

    vs.

MS. EVANS, et al.,                  ORDER AND

    Respondents.                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Petitioner's petition was filed with the court on January 8, 2007. In this action, petitioner challenges his 2002 conviction from San Joaquin County Superior Court in case no. SF085043A. The court's own records reveal that petitioner is proceeding with another habeas petition in this court challenging the same conviction, CIV S-06-2324 DFL DAD P.[1] It appears that

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  petitioner is raising the same claims in CIV S-06-2324 as he is raising in the instant action.[2]  Due to
2  the duplicative nature of the present action, the court finds it frivolous and, therefore, will dismiss
3  the petition.  28 U.S.C. § 1915(d).
4         Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in
5  forma pauperis is granted;
6         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.
7  See Fed. R. Civ. P. 41(b).
8         These findings and recommendations are submitted to the District Judge assigned to
9  this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served
10  with these findings and recommendations, petitioner may file written objections with the court.  The
11  document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
12  Petitioner is advised that failure to file objections within the specified time may waive the right to
13  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
14  DATED: 3/5/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

17  yon36.dup

---

[2] Petitioner should raise all of his claims challenging his conviction in case no. SF085043A in one federal habeas petition.