IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Petitioner,           No. CIV S-07-0036 DFL GGH P

    vs.

MS. EVANS, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 5, 2007, the court issued findings and recommendations finding that petitioner was challenging his 2002 conviction from San Joaquin County, case no. SF085043A. The court found that petitioner was proceeding with another habeas corpus petition in this court challenging the same conviction, CIV S-06-2324 DFL DAD P. The court recommended that the instant action be dismissed as duplicative of CIV S-06-2324 DFL DAD P.

        On May 15, 2007, petitioner filed (untimely) objections. Petitioner states that he is not challenging his 2002 San Joaquin County conviction in this action. Petitioner appears to claim that he is challenging a rules violation he received following his incarceration. Accordingly, the findings and recommendations are vacated. Petitioner is granted twenty days

1

1  from the date of this order to file an amended petition challenging one rules violation. Petitioner
2  may not challenge more than one conviction in one action. The amended petition should not
3  challenge the validity of a rules violation that petitioner is already challenging in another habeas
4  action filed in this court.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The March 5, 2007, findings and recommendations are vacated;

   2. Petitioner is granted twenty days from the date of this order to file an amended petition; failure to comply with this order will result in a recommendation of dismissal of this action;

   3. The Clerk of the Court is directed to send petitioner the form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

DATED:  6/22/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

yon36.vac