IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Petitioner,   No. CIV S-07-0036 RRB GGH P

  vs.

MS. EVANS, et al.,

    Respondents.   <u>ORDER</u>

                                     /

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 12, 2007, petitioner filed a motion for summary judgment. On February 22, 2007, and February 23, 2007, petitioner filed motions to compel. In all three pending motions petitioner states that he is seeking immediate relief.

        After the motions were filed, petitioner filed an amended petition to which no answer or responsive motion has been filed. For this reason, the pending motions are denied as premature.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for summary
2  judgment (court file doc. # 6) filed February 12, 2007, and motions to compel filed February 22,
3  2007 (court file doc. # 7), and February 23, 2007 (court file doc. # 8), are denied as premature.
4  DATED:   7/31/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

10  yon36.ord