IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

      Petitioner,                    No. CIV S-07-0036 RRB GGH P

    vs.

MS. EVANS, et al.,

      Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 6, 2007, respondent filed a notice with the court stating that the instant action is duplicative of CIV S-06-2324 RRB DAD P.  Respondent requests that this action either be transferred to the judges handling 06-2324 or that the court take other action it deems appropriate.

        This action is proceeding on the amended petition filed July 16, 2007, which challenges a prison disciplinary conviction.  <u>See</u> June 22, 2007, order.  CIV 06-2324 challenges a criminal conviction. This action is not duplicative of 06-2324.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent's request that the court find this action duplicative of 06-2324 is denied;

1

2. Respondent's response to the amended petition is due within thirty days of the date of this order; petitioner may file a traverse within thirty days thereafter.

DATED: 12/10/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

yon36.ame

2