IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JASON DAVID YONAI,** | 2:07-cv-00036-RRB-GGH (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE** |
| v. | |
| MS. EVANS, et al., | |
| Respondents. | |

Respondent's first request for a thirty day extension of time to file a response was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response to the Petition for Writ of Habeas Corpus by February 8, 2008.

DATED: 01/15/08                     /s/ Gregory G. Hollows
                                    United States Magistrate Judge

yon36.eot

*Order*

1